[No. 15096–1–I.   Division One.   April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JEFFREY PAUL KUEHN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84–1–00029–8, Jack S. Kurtz, J., entered July 17, 1984. *Reversed* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Pekelis, J.

[No. 9981–1–II.   Division Two.   April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JERRY EVERETT SNEED, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–1–00875–8, J. Dean Morgan, J., entered May 21, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

[No. 9542–4–II.   Division Two.   April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
IAN FRIEND, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–1–00312–6, Terence Hanley, J., entered January 16, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.